THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN BILL,

    Plaintiff,

v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 23; and PACIFIC MARITIME ASSOCIATION, a California corporation;

    Defendants.

NO. 3:13-cv-05165-BHS

**STIPULATION TO CONTINUE SCHEDULE FOR PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND RENOTE CONSIDERATION DATE**

## I. STIPULATION

The parties, by and through their counsel of record, stipulate to continuing the following deadlines:

| | |
|---|---|
| Defendants' Responses to Plaintiff's Motion for Summary Judgment | Continued to July 7, 2014 |
| Plaintiff's Reply to Defendants' Responses | Continued to July 18, 2014 |

STIPULATION TO CONTINUE SCHEDULE FOR PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1
CAUSE NO. 3:13-CV-05165-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

| | |
|---|---|
| Hearing date on Plaintiff's Motion for Partial Summary Judgment | Continued to July 18, 2014 |

The parties therefore request that the noting date for this motion be adjusted accordingly. All other case deadlines shall remain in effect.

DATED this 8th day of May, 2014

       CONNOR & SARGENT PLLC

       s/Stephen P. Connor
       Stephen P. Connor, WSBA No. 14305
       s/Anne-Marie E. Sargent
       Anne-Marie E. Sargent, WSBA No. 27160
       *Attorneys for Plaintiff Steven Bill*

DATED this 8th day of May, 2014

       SCHWERIN CAMPBELL BARNARD
         IGLITZIN & LAVITT LLP

       s/Robert H. Lavitt
       Robert H. Lavitt, WSBA No. 27758
       s/Laura Ewan
       Laura Ewan, WSBA No. 45201
       *Attorneys for Defendant ILWU, Local 23*

DATED this 8th day of May, 2014

       GRAHAM & DUNN PC

       s/Clemens Barnes
       Clemens Barnes, WSBA No. 4905
       *Attorney for Defendant Pacific Maritime Association*

STIPULATION TO CONTINUE SCHEDULE FOR PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2
CAUSE NO. 3:13-CV-05165-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

## II. ORDER

Based on the foregoing stipulation of the parties, Defendants' response to Plaintiff's summary judgment motion is due July 7, 2014, and Plaintiff's reply is due July 18, 2014.

It is so ORDERED this 12 day of May, 2014.

The Honorable Benjamin H. Settle

STIPULATION TO CONTINUE SCHEDULE FOR PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 3
CAUSE NO. 3:13-CV-05165-BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828